# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00670-CV

### J. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-11-004498, THE HONORABLE PAUL DAVIS, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant J.C. filed his notice of appeal on October 8, 2012. The appellant's brief was filed on January 11, 2013, making appellee's brief due January 31, 2013. On January 31, 2013, counsel for appellee filed a motion for extension of time to file her brief.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant in part the motion and order counsel to file appellee's brief no later than February 22, 2013. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on February 7, 2013.


Before Chief Justice Jones, Justices Goodwin and Field